FILED
Aug 04, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
for the
Eastern District of California

**SEALED**

United States of America )
v. )
Cristobal HERNANDEZ-Granados )   Case No. 5:25-mj-00057-CDB
aka Cristobal HERNANDEZ )
)
)
)
*Defendant(s)*

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  June 11, 2025  in the county of  Inyo  in the  Eastern  District of  California , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Previously removed alien found back in the United States |
| | MAX PENALTIES:<br>2 years of imprisonment;<br>$250,000 fine;<br>1 year supervised release; and<br>$100 special assessment |

This criminal complaint is based on these facts:

The defendant was found in Inyo County, State and Eastern District of California, on or about June 11, 2025. His fingerprints connect him to an Immigration file that shows he is a Mexican national and alien, was removed from the United States on or about July 23, 2008, and has not received consent from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission into the country.

☐ Continued on the attached sheet.

*Complainant's signature*

Veronica Pike, Special Agent
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: August 4, 2025

*Judge's signature*

City and state:  Bakersfield, CA   Hon. Christopher D. Baker, U.S. Magistrate Judge
*Printed name and title*